IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00956-MSK-MEH

AMY KRUG,

    Plaintiff,

v.

NEXTEL WEST CORP., a foreign corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss Complaint With Prejudice (**#15**) filed June 29, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 30th day of June, 2006.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge